FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 03 2015

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

IN RE:

    JOHN MCGRATH, a Juror.

-----------------------------------------------------X

**ORDER TO SHOW CAUSE**

MISC. 15 0189

JOHN MCGRATH ("McGrath") was summoned for jury service by this Court commencing Tuesday, January 20, 2015. McGrath was seated with other prospective jurors in the jury box for examination in the action entitled *United States of America v. McFadden*, 13-CR-284. At the end of the day on Wednesday, January 21, 2015, McGrath was instructed to return the following morning. He was not excused. Nonetheless, he failed to report on Thursday, January 22, 2015.

HURLEY, J.

28 U.S.C. § 1866(g) provides that "[a]ny person summoned for jury service who fails to appear as directed may be ordered by the district court to appear forthwith and show cause for failure to comply with the summons. Any person who fails to show good cause for noncompliance with a summons may be fined not more than $1,000, imprisoned not more than three days, ordered to perform community service, or any combination thereof." Accordingly,

**IT IS HEREBY ORDERED THAT** JOHN MCGRATH shall show cause on March 5, 2015 at 11:00 a.m. as to why he should not be held in contempt of court for failing to appear as a juror in the matter of USA v. McFadden; and it is

**FURTHER ORDERED** that the United States Marshall shall serve a certified copy of this Order upon John McGrath.

Dated: Central Islip, New York
       February 3, 2015

                                           DENIS R. HURLEY
                                           United States District Court Judge